| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Lisa Marie Sheldon** | | Social Security number or ITIN | **xxx–xx–2268** |
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Virginia** | | Date case filed for chapter | **13   8/27/18** |
| Case number: | **18–73013–FJS** | | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case            12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Lisa Marie Sheldon | |
| 2. | **All other names used in the last 8 years** | fka Lisa Marie Cameron | |
| 3. | **Address** | 522 Woodford Street<br>Norfolk, VA 23503–5523 | |
| 4. | **Debtor's attorney**<br>Name and address | Jennifer Tennile Langley<br>Inman & Strickler, PLC<br>200 Lynnhaven Parkway<br>Suite 200<br>Virginia Beach, VA 23452 | Contact phone 757–486–7055<br>Email: jlangley@inmanstrickler.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Michael P. Cotter<br>Chapter 13 Trustee<br>870 Greenbrier Circle, Suite 402<br>Chesapeake, VA 23320 | Contact phone  757–961–3000<br>Email:  mpcotter@mpcch13.com |

**For more information, see page 2 >**

Official Form 309I **Notice of Chapter 13 Bankruptcy Case**                                                                                 page **1**

| 6. **Bankruptcy clerk's office** | | **For the Court:** |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 600 Granby St., Room 400<br>Norfolk, VA 23510<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays. | Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: August 28, 2018 |
| **McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | Contact phone 757–222–7500 | |

| 7. **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 1, 2018** at **09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Office of the U.S. Trustee, 200 Granby Street, Room 120, Norfolk, VA 23510** |
|---|---|---|

| 8. **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2)or (4). | **Filing deadline: November 30, 2018** |
|---|---|---|
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: November 5, 2018** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: February 23, 2019** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to file an Objection to a Proof of Claim** is 90 days after the deadline set forth above to file a Proof of Claim. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| | | |
|---|---|---|
| **9. Filing of Chapter 13 Plan and Related Motions and Hearing on Confirmation** | Local Rule 3015–2 requires attorney for debtor(s) or pro se debtor(s) to serve the Chapter 13 Plan and Related Motions on creditors and interested parties. Objections must be filed not later than 7 days prior to the date set for the confirmation hearing. **If no objections are timely filed, there will be no confirmation hearing.** Timely filed objections will be heard at the confirmation hearing scheduled to be held:<br><br>**October 23, 2018** at **10:00 AM**,<br><br>Location: **Judge Santoro – Courtroom 2, U. S. Bankruptcy Court, 4th Floor, 600 Granby Street, Norfolk, VA 23510** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |
| **14. Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. | |
| **15. Manner of Payment of Fees** | **Newport News:** non–debtor's check, money order, cashier's check or any authorized non–debtor's credit card; cash is NOT accepted at Newport News location.<br>**Norfolk:** same as above; however, effective December 16, 2013, cash is accepted – ONLY in the exact amount due for payment of fees and services. | |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                        Case No. 18-73013-FJS
Lisa Marie Sheldon                                                            Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-8          User: paizl          Page 1 of 2          Date Rcvd: Aug 28, 2018
                              Form ID: 309I        Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2018.
db              Lisa Marie Sheldon,    522 Woodford Street,    Norfolk, VA 23503-5523
tr             +Michael P. Cotter,   Chapter 13 Trustee,   870 Greenbrier Circle, Suite 402,
                 Chesapeake, VA 23320-2641
14508158        Blake Sheldon,    522 Woodford Street,    Norfolk, VA 23503-5523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: jlangley@inmanstrickler.com Aug 29 2018 02:42:00     Jennifer Tennile Langley,
                 Inman & Strickler, PLC,   200 Lynnhaven Parkway,   Suite 200,   Virginia Beach, VA 23452
14508154       +EDI: AMEREXPR.COM Aug 29 2018 06:18:00     American Express,    P.O. Box 981537,
                 El Paso, TX 79998-1537
14508155        EDI: BANKAMER.COM Aug 29 2018 06:18:00     Bank of America,    PO Box 982238,
                 El Paso, TX 79998-2238
14508157        E-mail/Text: bankruptcy@bbandt.com Aug 29 2018 02:42:33      BB&T,   PO Box 1847,
                 Wilson, NC 27894-1847
14508156       +EDI: TSYS2.COM Aug 29 2018 06:18:00     Barclays Bank of De,    P.O. Box 8803,
                 Attn: Credit Bureau,   Wilmington, DE 19899-8803
14508159        EDI: CAPITALONE.COM Aug 29 2018 06:18:00     Capital One,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
14508160        EDI: CHASE.COM Aug 29 2018 06:18:00     Chase Card Services,    PO Box 15298,
                 Wilmington, DE 19850-5298
14508161       +EDI: WFNNB.COM Aug 29 2018 06:18:00     Comenity Bank/Victorias Secret,    PO Box 182789,
                 Columbus, OH 43218-2789
14508162        EDI: RCSFNBMARIN.COM Aug 29 2018 06:18:00     Credit OneBank,    P.O. Box 98873,
                 Las Vegas, NV 89193-8873
14508163        EDI: DISCOVER.COM Aug 29 2018 06:18:00     Discover Bank,    PO Box 15316,
                 Wilmington, DE 19850-5316
14508164        EDI: DISCOVER.COM Aug 29 2018 06:18:00     Discover Card,    P. O. Box 15316,
                 Wilmington, DE 19850-5316
14508165        EDI: CBSKOHLS.COM Aug 29 2018 06:18:00     Kohls/Capital One,    PO Box 3115,
                 Milwaukee, WI 53201-3115
14508166        EDI: TSYS2.COM Aug 29 2018 06:18:00     MACYS/DSNB,    PO Box 8218,   Mason, OH 45040-8218
14508167       +E-mail/Text: bnc@nordstrom.com Aug 29 2018 02:42:21     Nordstrom Bank,    13531 E Caley Ave,
                 Englewood, CO 80111-6505
14508170       +EDI: RMSC.COM Aug 29 2018 06:18:00     SYNBC/Walmart,    PO Box 965024,   Orlando, FL 32896-5024
14508171        EDI: RMSC.COM Aug 29 2018 06:18:00     SYNCB/Amazon PLLC,    PO Box 965036,
                 Orlando, FL 32896-5036
14508173        EDI: RMSC.COM Aug 29 2018 06:18:00     SYNCB/JC Penney DC,    PO Box 965036,
                 Orlando, FL 32896-5036
14508174        EDI: RMSC.COM Aug 29 2018 06:18:00     SYNCB/Old Navy DC,    PO Box 965036,
                 Orlando, FL 32896-5036
14508175        EDI: RMSC.COM Aug 29 2018 06:18:00     SYNCB/Value City Furniture,    PO Box 965036,
                 Orlando, FL 32896-5036
14508168       +E-mail/Text: BCCCSUBANKRUPTCYEMAIL@sentara.com Aug 29 2018 02:44:32     Sentara Healhcare,
                 535 Independence Parkway,   Ste 700,   Chesapeake, VA 23320-5192
14508169       +E-mail/Text: BCCCSUBANKRUPTCYEMAIL@sentara.com Aug 29 2018 02:44:32     Sentara Healthcare,
                 PO Box 2156,   Morrisville, NC 27560-2156
14508176        EDI: WFFC.COM Aug 29 2018 06:18:00     Wells Fargo Card Services,    PO Box 14517,
                 Des Moines, IA 50306-3517
14508177        EDI: WFFC.COM Aug 29 2018 06:18:00     Wells Fargo Home Mortgage,    P.O. Box 10335,
                 Des Moines, IA 50306-0335
                                                                                             TOTAL: 23

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14508172       SYNCB/America Eagle,   PO Box 965036,   VA 23896-5036
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                              Signature:   /s/Joseph Speetjens

```
District/off: 0422-8              User: paizl              Page 2 of 2              Date Rcvd: Aug 28, 2018
                                  Form ID: 309I            Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2018 at the address(es) listed below:
              Jennifer Tennile Langley    on behalf of Debtor Lisa Marie Sheldon jlangley@inmanstrickler.com,
               jenniferlangleyecf@gmail.com;langleyjr80768@notify.bestcase.com
              John P. Fitzgerald, III    ustpregion04.no.ecf@usdoj.gov
              Michael P. Cotter     ecftng@mpcch13.com
                                                                                              TOTAL: 3
```